FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ NOV 28 2005 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

THE CITY OF NEW YORK,

        Plaintiff,

-against-

BERETTA U.S.A. CORP., et al.,

        Defendants,

UNITED STATES OF AMERICA,

        Intervenor.

ORDER
00-CV-3641 (JBW)

-----------------------------------------------------------------x

JACK B. WEINSTEIN, Senior District Judge:

    Pursuant to Rule 24(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 2403(a), the United States of America moves to intervene in the above-captioned case for the limited purpose of responding to the plaintiff's challenge to the constitutionality of the Protection of Lawful Commerce in Arms Act, 15 U.S.C. § 7901 *et seq.* The motion to intervene is granted.

    SO ORDERED

    _____
    Jack B. Weinstein

Dated: November 21, 2005
       Brooklyn, New York

